GEORGE KAMINSKY, Respondent, *v.* AMERICAN NEWS-PAPERS, INC., Appellant.

Argued June 12, 1940; decided July 24, 1940.

*Charles Henry* and *James Carroll* for appellant.

*Robert H. Elder, Otho S. Bowling, Samuel H. Ostroff* and *George Kaminsky*, in person, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.